UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 15-CR-10150-GAO

UNITED STATES OF AMERICA

v.

MITCHELL DANIELLS

## MEMORANDUM AND ORDER OF DETENTION

Kelley, M.J.

The defendant is charged in a complaint with violating 18 U.S.C. Section 922 (n), possession of a firearm by a person under indictment for a felony offense. An initial appearance was held on June 18, 2015, at which time the government moved for detention. The defendant, represented by counsel, moved for a detention hearing to be held June 25, 2015. On June 25, the detention hearing began and was continued, by request of the defendant, to July 1, 2015. On July 1, defendant, represented by counsel, consented to the entry of an order of detention, without prejudice to his right to reopen the matter at a later date.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED that:

(1) the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) the defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial detention, regardless of whether there have been changed circumstances.

    / s / Page Kelley
PAGE KELLEY
United States Magistrate Judge