UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 15-10150-GAO |
| ) | |
| **MITCHELL DANIELLS,** ) | |
| Defendant. ) | |

## GOVERNMENT'S SUPPLEMENTAL MEMORANDUM REGARDING PRE-TRIAL ORDER OF DETENTION

### BACKGROUND

In response to the Court's Order of July 27, 2016, docket entry #79, the government submits the attached Exhibit 1 in support of its continuing belief that **MITCHELL DANIELLS**' gun trafficking scheme presents a substantial risk to the community, and the proposed third party custodian and location are unacceptable.

### ARGUMENT

The residence that **DANIELLS** proposes – his mother's address at 28C Interfaith Terrace in Framingham, is a location where **DANIELLS** committed acts on his gun trafficking scheme including removing the serial numbers from guns. See exhibit 1 which consists of the search warrant materials, reports and photographs.  In the search warrant affidavit of Special Agent Daniel P. McPartlin, he details the use of the proposed release address by **DANIELLS** during the course of a gun sale. See Exhibit 1 at Bates #s 752-754, paragraphs 40-43.

Proposed third party custodian Ester Daniells was present during the search that took place on September 28, 2015, a full three months after **DANIELLS** arrest on June 18, 2015. Id. This demonstrates the unworthiness of both the proposed location and third party custodian. See Exhibit 1, Bates #762 describing the location within **DANIELLS** room that evidence including an ammunition box and gun keys were recovered.

## CONCLUSION

Based on the foregoing, the detention hearing evidence and argument, the government's prior opposition to the detention appeal filed in this matter and arguments to the Court on it, the United States of America is in agreement with the U.S. Probation Office in requesting that the Court order that the defendant be detained pending trial on the Government's Motion for Detention.

                                  Respectfully Submitted,

                                  CARMEN M. ORTIZ
                                United States Attorney

        By:    s/ Glenn A. MacKinlay
                  GLENN A. MACKINLAY
                  Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

This is to certify that I served a copy of this memorandum on the below efiling:

**COUNSEL OF RECORD**

                                By:   s/ Glenn A. MacKinlay
                                        Glenn A. MacKinlay
                                        Assistant U.S. Attorney

Dated:    July 29, 2016