United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | No. 15-CR-10150-GAO |
| | ) | |
| Mitchell Daniells, | ) | |
|     Defendant. | ) | |

## Motion of Counsel for Leave to Withdraw

Undersigned counsel hereby moves this Court for leave to withdraw from representation of Mitchell Daniells in the above-captioned case. *See* Mass. Rule of Prof. Conduct 1.16(b) (4), (6) & (7).

> Mitchell Daniells
> By his counsel,
>
> /s/*Michael R. Schneider*
> Michael R. Schneider
> BBO #446475
> GOOD SCHNEIDER CORMIER
> 83 Atlantic Avenue
> Boston, MA 02110
> 617-523-5933

### Certificate of Service

I, Michael R. Schneider, hereby certify that a true and accurate copy of the foregoing motion has been served on all parties of record by the CM/ECF system.

    /s/*Michael R. Schneider*
    Michael R. Schneider

Dated: August 9, 2016