# United States Court of Appeals
## For the First Circuit

_____

No. 16-2026

UNITED STATES,

Appellee,

v.

MITCHELL DANIELLS,

Defendant, Appellant.

_____

Before

Howard, Chief Judge,
Torruella and Thompson, Circuit Judges.

_____

**JUDGMENT**

Entered: October 28, 2016

    Defendant Mitchell Daniells appeals from a district court order sustaining pretrial detention. As an initial matter, defendant's motion for leave to file a corrected brief is granted, and the brief tendered on September 22, 2016, has been accepted for filing.

    After careful review of relevant portions of the record, the district court's decision, and each of defendant's claims of error, we conclude that we would not reach "a different result" and that affirmance is therefore appropriate. United States v. O'Brien, 895 F.2d 810, 814 (1st Cir. 1990); see also United States v. Tortora, 922 F.2d 880, 882 (1st Cir. 1990) (this court's review of detention decisions is independent, but "tempered by a degree of deference to the determinations made below").

    Affirmed.

                                       By the Court:

                                       /s/ Margaret Carter, Clerk

cc: Derege B. Demissie
    Dina Michael Chaitowitz
    Glenn A. MacKinlay

Case: 16-2339   Case 1:15-cr-10150-GAO   Document 104   Filed 10/31/16   Page 2 of 2   6043180