UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 15-10150-GAO

UNITED STATES OF AMERICA,

v.

MITCHELL DANIELLS,
Defendant.

ORDER
May 2, 2017

O'TOOLE, D.J.

Upon the request and apparent authorization of the defendant, Mitchell Daniells, it is HEREBY ORDERED that the Central Falls Detention Facility Corporation, Investigations Unit, at Donald Wyatt Detention Facility provide Mitchell Daniells and his counsel, Attorney Gordon W. Spencer, access to all privileged telephone calls placed from the PIN# assigned to Mitchell Daniells (#96711-038) to Attorney Michael Schneider during the period from August 4, 2015, to August 9, 2016, if any exist.[1] Responsive information shall be produced to Gordon W. Spencer, Esq., 945 Concord Street, Framingham, MA 01701.

/s/ George A. O'Toole, Jr.
United States District Judge

---

[1] The Court notes that Rule 17(c) of the Federal Rules of Criminal Procedures does not presently appear to be the appropriate mechanism for obtaining the requested information from the facility. Therefore, the defendant's Motion for Issuance of Subpoena (dkt. no. 132) is granted only to the extent provided for in this Order.