UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 15-10150-GAO

UNITED STATES OF AMERICA,

v.

MITCHELL DANIELLS,
Defendant.

ORDER
June 1, 2017

O'TOOLE, D.J.

Upon the request and apparent authorization of the defendant, Mitchell Daniells, it is HEREBY ORDERED that the Central Falls Detention Facility Corporation, Investigations Unit, at Donald Wyatt Detention Facility (the "facility") provide Mitchell Daniells and his counsel, Attorney Gordon W. Spencer, the following documents, if any exist:

1. Copies of all call logs showing date, time, and duration of calls, between Defendant Mitchell Daniells (#96711-039) and Attorney Michael Schneider between the period of August 4, 2015, to August 9, 2016;

2. Copies of all visit logs, showing date, time, and duration of visit between Defendant Mitchell Daniells and Attorney Michael Schneider between the period of August 4, 2015, to August 9, 2016;

3. Copies of all facsimile transmissions between fax number (401) 729-1190 (the facility's fax number) and (617) 523-7554 (fax number of Attorney Michael Schneider), made on behalf of Defendant Mitchell Daniells, between August 4, 2015, and August 9, 2016;

4. Copies of all electronic transmissions ("emails") sent from the facility to Michael Schneider <ms@gscfboston.com>, sent from any caseworker/counselor employed by the

facility (including Robert Gaul and K. Damaso) and on behalf of Defendant Mitchell Daniells, between August 4, 2015, and August 9, 2016; and

5. Reporting notes entered into the facility's kiosk, by Defendant Mitchell Daniells, or any caseworker, acting on his behalf, relating to communications between Defendant Mitchell Daniells and Attorney Michael Schneider.

Responsive information shall be produced to Gordon W. Spencer, Esq., 945 Concord Street, Framingham, MA 01701. As the Court has been advised by defense counsel that the facility can process the request expediently, the information is ordered to be provided forthwith.[1]

/s/ George A. O'Toole, Jr.
United States District Judge

---

[1] The Court notes again that Rule 17(c) of the Federal Rules of Criminal Procedures does not presently appear to be the appropriate mechanism for obtaining the requested information from the facility. Therefore, the defendant's Motion for Issuance of Subpoena (dkt. no. 152) is granted only to the extent provided for in this Order.