# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 1:15-cr-10150-GAO |
| v. | ) | |
| | ) | |
| MITCHELL DANIELLS, | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Now comes Max D. Stern, court-appointed counsel for Defendant Mitchell Daniells in the above-captioned matter, and hereby requests leave to withdraw as counsel for Mr. Mitchell pursuant to Local Rule 83.5.2(c). As grounds for this request, undersigned counsel states that there has been an irreparable breakdown of the attorney-client relationship such that counsel cannot adequately represent Mr. Daniells in connection with this matter. Undersigned counsel has conferred with Mr. Daniells regarding this issue. Mr. Daniells supports the relief requested in this motion.

Counsel further requests that the Court schedule a hearing concerning this motion such that the Court can question Mr. Daniells regarding this issue and, if necessary appoint him new counsel. Counsel has conferred with the government and requests that a hearing be scheduled either October 15 or 16, 2018.

        Respectfully Submitted,

        MITCHELL DANIELLS

        By his attorneys,

        /s/ Max D. Stern
        Max D. Stern (BBO# 479560)
        mdstern@toddweld.com
        Mary L. Nguyen (BBO# 690395)
        mnguyen@toddweld.com
        Todd & Weld, LLP
        One Federal Street, 27th Floor
        Boston, MA 02110
        (617) 720-2626

Date: October 9, 2018

## CERTIFICATE OF SERVICE

    I, Mary L. Nguyen, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 9, 2018.

        /s/ Mary L. Nguyen
        Mary L. Nguyen